Núm. 8606.—ROSADO, apldo. v. CABRERA, aplte.—C. D. Humacao. *Injunction* para retener posesión. Diciembre 14, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada presentó una moción solicitando la desestimación del recurso por frívolo, habiéndose opuesto por escrito la parte apelante, y

POR CUANTO, examinados los autos, no resulta clara la alegada frivolidad:

POR TANTO, no ha lugar a la desestimación solicitada.